UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JOSEPH E. WOOD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Civil No. 3:20-cv-06133-BAT<br><br><br>ORDER |

　　　　Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be REVERSED and REMANDED for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand from the court, the Appeals Council will instruct the Administrative Law Judge (ALJ) as follows. The ALJ will offer Plaintiff the opportunity for a hearing and make every reasonable effort to ensure that the administrative record is fully and fairly developed; reevaluate the medical opinions, prior administrative medical findings, and evidence from nonmedical sources and, as warranted, obtain evidence from a medical expert to clarify the nature, severity, and effects of Plaintiff's impairments. As warranted, the ALJ will reevaluate Plaintiff's symptom testimony, determine whether drug

Page 1　　ORDER - [3:20-cv-06133-BAT]

addiction and alcoholism is a contributing factor material to the determination of disability, and reassess Plaintiff's maximum residual functional capacity. If warranted by the expanded record, the ALJ will obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on Plaintiff's ability to perform his past relevant work and other work in the national economy. The ALJ will take any further action needed to complete the administrative record and issue a new decision.

Judgment shall be entered for Plaintiff. Upon proper presentation, the Court will consider whether reasonable attorney fees, costs, and expenses should be awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d); 28 U.S.C. § 1920.

DATED this 17th day of August 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Lisa Goldoftas
LISA GOLDOFTAS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone: (206) 615-3858
Fax: (206) 615-2531
lisa.goldoftas@ssa.gov